**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 07-14039-CR-MOORE**

UNITED STATES OF AMERICA,

      Plaintiff(s),

vs.

**OSNIEL ANTUNEZ MIRANDA**

      Defendant(s).

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS MATTER is before the Court on United States Magistrate Judge Frank J. Lynch's Report and Recommendation on Change of Plea, issued September 11, 2007 [244]. After review of the Report and Recommendation, review of the record, and having received no objections thereto, it is

ORDERED AND ADJUDGED the Magistrate Judge's Report and Recommendation [244] is hereby **ADOPTED.** The defendant Osniel Antunez Miranda is hereby adjudicated guilty of the offense charged.

DONE AND ORDERED in Chambers at Miami, Florida this _____ day of October, 2007.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

Copies Furnished to:

All counsel and pro se parties of record